Decided April 21, 2005

PETER SINCLAIR *v.* HARTFORD ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court (AC 25889) is denied.

*Roger J. Frechette,* in support of the petition.

*William F. Gallagher* and *Thomas McNamara,* in opposition.

Decided April 21, 2005